```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2  JOANN SWANSON (CSBN 88143)
    Chief, Civil Division
 3  CLAIRE T. CORMIER (CSBN 154364)
    Assistant United States Attorney
 4
        150 Almaden Blvd., Suite 900
 5      San Jose, California 95113
        Telephone: (408) 535-5082
 6      FAX: (408) 535-5081
        Claire.Cormier@usdoj.gov
 7
    Specially Appearing for Defendant
 8  United States Environmental Protection Agency
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD; MR. LYNNE BROWN, SR.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LISA P. JACKSON; DOES 1-50,<br><br>    Defendants. | Case No. CV 12-00827 PSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Office of the United States Attorney was served with the summons and complaint in this action on or about April 4, 2012. The Federal Defendants' response to the complaint is currently due June 4, 2012. A case management conference for this case is currently scheduled for May 22, 2012. So that the parties will have a reasonable opportunity to discuss case management issues after the defendants' response to the complaint, the parties hereby STIPULATE AND REQUEST that the case management conference be continued to July 10, 2012. The parties further STIPULATE AND REQUEST that plaintiff Lynne Brown, Sr. be allowed to participate in the case management conference by telephone.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 1, 2012                   /s/ Michael E. Boyd

MICHAEL E. BOYD
Plaintiff

DATED: May 1, 2012                   /s/ Lynne Brown

LYNNE BROWN, SR.
Plaintiff

DATED: May 2, 2012                   MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier
By:
CLAIRE T. CORMIER[1]
Assistant United States Attorney
Specially Appearing for Federal Defendants

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the case management conference currently scheduled for May 22, 2012 is continued to July 10, 2012 at 2:00 p.m.  IT IS FURTHER ORDERED that plaintiff Lynne Brown, Sr. may participate in the case management conference by telephone.  Mr. Brown is directed to contact the Judge's Courtroom Deputy to make the appropriate arrangements.

DATED: May _9_, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. CV12-00827 PSG                    -2-