UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BOYD, LYNNE BROWN, SR., | Case No.: 12-cv-00827 PSG |
| Plaintiffs, | **ORDER SOLICITING DEFENDANTS' RESPONSE** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA P. JACKSON, DOES 1-50, | |
| Defendant. | |

On October 29, 2012, Plaintiffs Michael Boyd and Lynne Brown, Sr. ("Plaintiffs") moved for leave to file a motion for reconsideration of the court's June 5, 2012 order dismissing their claims.[1] The court invites Defendants United States Environmental Protection Agency, et al, ("Defendants") to file a response addressing why Plaintiffs should not be given leave to move for reconsideration of the court's decision to dismiss their claims with prejudice. Accordingly,

IT IS HEREBY ORDERED that no later than Wednesday, December 5, 2012, Defendants shall file a response of up to five pages to Plaintiffs' motion for leave to file a motion for reconsideration.

---

[1] *See* Docket No. 33.

1

Case No.: 12-00827 PSG
ORDER

**IT IS SO ORDERED.**

Dated: November  20 , 2012

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 12-00827 PSG
ORDER